# Cook *v.* Phonharp Co.

### *Assumpsit.*

(Decided Dec. 17, 1908. 47 South. 1035.)

*Judgment; Process to Sustain.*—Where the record fails to show service of process upon the defendant a valid judgment by default cannot be rendered.

APPEAL from Tallapoosa Circuit Court.

Heard before Hon. S. L. BREWER.

Action of assumpsit by the Phonoharp Company against Mattie C. Cook, administratrix. From a judgment for plaintiff, defendant appeals. Reversed.

The record shows no service of any nature. It shows the judge's bench notes and a judgment nil dicit with writ of inquiry, followed by the entry of a judgment by default with a writ of inquiry.

M. PETERS, for appellant. No brief came to the Reporter.

SORRELL & DENNIS, for appellee. No brief came to the Reporter.

[Chattanooga Savings Bank v. Tanner.]

DOWDELL, J.—The record fails to show any service of the summons and complaint on the defendant as the law requires. The trial court committed error in rendering judgment by default against the defendant without service.—*Shapard v. Lightfoot,* 56 Ala. 506; *Shapard v. Lewis,* 59 Ala. 606. This is the only question presented. For the error indicated, the judgment is reversed.

Reversed and remanded.

TYSON, C. J., and ANDERSON and MCCLELLAN, JJ., concur.